ring to its construction and operation. These witnesses are all claimed to reside in the city of New York. It is apparent upon this statement of facts that the proper place for the trial of this action is Sullivan county. Plaintiff makes the contention that he will be unable to procure a fair trial in said county, but the facts which he sets forth as warranting his inference to that effect are insufficient to justify the same. The order appealed from will, therefore, be reversed, with ten dollars costs and disbursements, and the motion to change the place of trial to Sullivan county granted, with ten dollars costs. Ingraham, P. J., McLaughlin, Laughlin and Scott, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS SWEENEY, Relator, v. JOHN J. FALLON, as Warden, etc., Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MURTHA, Relator, v. JOHN J. FALLON, as Warden, etc., Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. HUSSEY, Relator, v. JOHN J. FALLON, as Warden, etc., Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES F. THOMPSON, Relator, v. JOHN J. FALLON, as Warden, etc., Respondent.

Habeas corpus to inquire into the cause of imprisonment or restraint of the relators.

INGRAHAM, P. J. (orally): The court does not care to hear the district attorney, as the court has no doubt as to the absolute discretion of the trial court to order the prisoners into custody at any time after their appearance for trial; that both sections 422 and 553 of the Code of Criminal Procedure should be read together; that they are not inconsistent, and they do not give a person indicted for a misdemeanor an absolute right to remain at large on bail after his trial has commenced. The writ will, therefore, be dismissed. Present — Ingraham, P. J., McLaughlin, Laughlin and Scott, JJ.

---

Clark & Company, Respondent, v. Jacob A. Zimmermann, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Veda E. Snyder, Respondent, v. Frank L. Fisher Company and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Robert Deleo, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Stanley Koss, Respondent, v. Bohemian Benevolent and Literary Association, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. (McLaughlin, J., dissented.)